FILED: March 25, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1291
(1:25-cv-00596-ELH)

_____

AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO; ALLIANCE FOR RETIRED AMERICANS; AMERICAN FEDERATION OF TEACHERS

    Plaintiffs - Appellees

v.

SOCIAL SECURITY ADMINISTRATION; LELAND DUDEK, in his official capacity as purported Acting Commissioner, Social Security Administration; MIKE RUSSO, in his official capacity as Chief Information Officer, Social Security Administration; ELON MUSK, in his official capacity as Senior Advisor to the President and de facto head of DOGE; U.S. DOGE SERVICE; U.S. DOGE SERVICE TEMPORARY ORGANIZATION; AMY GLEASON, in her official capacity as DOGE Acting Administrator

    Defendants - Appellants

_____

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Baltimore |
| Originating Case Number | 1:25-cv-00596-ELH |
| Date notice of appeal filed in originating court: | 03/24/2025 |

| Appellants | Social Security Administration; Leland Dudek; Mike Russo; Elon Musk; U.S. DOGE Service; U.S. DOGE Service Temporary Organization; Amy Gleason |
| --- | --- |
| Appellate Case Number | 25-1291 |
| Case Manager | Emily Borneisen<br>804-916-2704 |