## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

March 27, 2025

_____

RESPONSE REQUESTED

_____

No.   25-1291,        American Federation of State, County and Municipal v. SSA
                     1:25-cv-00596-ELH

TO:    American Federation of State, County and Municipal Employees, AFL-CIO
       American Federation of Teachers
       Alliance for Retired Americans

RESPONSE DUE: 03/28/2025 by 5:00 p.m.

Response is required to the time-sensitive motion for stay pending appeal and immediate administrative stay on or before 03/28/2025 by 5:00 p.m.

Emily Borneisen, Deputy Clerk
804-916-2704