IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFLCIO, et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> SOCIAL SECURITY ADMINISTRATION, et al., <br><br> Defendants-Appellants. | No. 25-1291 |

**MOTION FOR WITHDRAWAL OF COUNSEL**

Gerard Sinzdak, an attorney with the United States Department of Justice, will shortly be leaving government service. The government therefore respectfully moves the Court to remove him from the docket as counsel in this matter. The government will continue to be represented by the remaining counsel who have appeared.

Respectfully submitted,

*s/ Gerard Sinzdak*

GERARD SINZDAK
  (202) 514-0718
*Attorney, Appellate Staff*
*Civil Division*
*U.S. Department of Justice*
*950 Pennsylvania Ave., NW*
*Room 7242*
*Washington, DC 20530*
*gerard.j.sinzdak@usdoj.gov*

JUNE 2025

2

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion satisfies the type-volume requirements set out in Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 49 words. This motion was prepared using Microsoft Word in Book Antiqua, 14-point font, a proportionally spaced typeface.

*s/ Gerard Sinzdak*
Gerard Sinzdak

## CERTIFICATE OF SERVICE

I hereby certify that on March TK, 2025, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

*s/ Jack Starcher*
Jack Starcher